HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE ZAVALA-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00095-NONE-SKO |
|---|---|
| Plaintiff, | REVISED STIPULATION AND ORDER TO VACATE STATUS CONFERENCE HEARING |
| vs. | Date:  July 20, 2020 |
| JOSE ZAVALA-REYES, | Time:  1:00 p.m |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, Laura Withers, counsel for Plaintiff, and Matthew Lemke, counsel for Defendant Jose Zavala-Reyes, that the status conference in the above-captioned matter set for July 20, 2020 may be vacated and a briefing schedule be set.

Mr. Zavala-Reyes intends to file a motion to suppress evidence.  Accordingly, the parties request the following briefing schedule:

| Event | Proposed filing deadline/hearing date |
|---|---|
| Opening brief(s) | July 31, 2020 |
| Responsive brief(s) | August 14, 2020 |
| Optional reply brief(s) | August 21, 2020 |
| Motion hearing | September 4, 2020 |

Based on the foregoing, the parties agree that the delay resulting from the motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excludable. Further, the ends of justice served by the aforementioned request outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D); (h)(7)(A).

                                                     Respectfully submitted,

                                                     MCGREGOR W. SCOTT
United States Attorney

Date: July 13, 2020                          */s/ Laura Withers*
                                                     LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

                                                     HEATHER E. WILLIAMS
Federal Defender

Date: July 13, 2020                          */s/ Matthew Lemke*
                                                     MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
JOSE ZAVALA-REYES

**ORDER**

The Court hereby vacates the status hearing set for July 20, 2020, and sets the following briefing schedule for defendant Jose Zavala-Reyes' Motion: opening brief due July 31, 2020; response brief due August 14, 2020; and optional reply brief due August 21, 2020.

A hearing on the Motion shall be set for September 4, 2020, at 8:30 AM before the Honorable District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **July 15, 2020**                                   /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE