HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOSE ZAVALA-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ZAVALA-REYES,<br><br>Defendant. | Case No.  1:20-cr-00095-NONE-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Date:   February 26, 2021<br>Time:   10:00 a.m.<br>Judge:  Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Friday, January 15, 2021, before the Honorable Dale A. Drozd, be continued to Friday, February 26, 2021, at 10:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of the defendant, who requests additional time to complete mitigation investigation.  The parties agree that a sentencing date of February 26, 2021, will allow sufficient time for the ongoing investigation.  Accordingly, the parties request a continuance to February 26, 2021.

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 |   |   |
| 4 | DATED: January 4, 2021 | */s/ Matthew Lemke*<br>MATTHEW LEMKE |
| 5 |   | Assistant Federal Defender<br>Attorney for Defendant |
| 6 |   | JOSE ZAVALA-REYES |
| 7 |   |   |
| 8 |   | MCGREGOR SCOTT<br>United States Attorney |
| 9 |   |   |
| 10 | DATED: January 4, 2021 | */s/ Laura Withers*<br>LAURA WITHERS |
| 11 |   | Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Friday, January 15, 2021, before the Honorable Dale A. Drozd, be continued to Friday, February 26, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 4, 2021**

UNITED STATES DISTRICT JUDGE