1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  JOSE ZAVALA-REYES

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:20-cr-00095-NONE-SKO

12              Plaintiff,             **STIPULATION TO CONTINUE
                                       SENTENCING HEARING; AND
13  vs.                                ORDER**

14  JOSE ZAVALA-REYES,                 Date:  March 19, 2021
                                       Time:  9:30 a.m.
15              Defendant.             Judge: Honorable Dale A. Drozd

16

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

19  respective attorneys of record, that the sentencing hearing set for Friday, February 26, 2021,

20  before the Honorable Dale A. Drozd, be continued to Friday, March 19, 2021, at 9:30 a.m.

21      The parties have agreed to continue the sentencing hearing at the request of the

22  defendant, who requests additional time to obtain records, research, and complete sentencing

23  preparation.  Accordingly, the parties request a continuance to Friday, March 19, 2021.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: February 22, 2021          /s/ Matthew Lemke
                                 MATTHEW LEMKE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JOSE ZAVALA-REYES


                                 MCGREGOR SCOTT
                                 United States Attorney


DATED: February 22, 2021          /s/ Laura Withers
                                 LAURA WITHERS
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

1

**[PROPOSED] O R D E R**

2       GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing

3   set for Friday, February 26, 2021, before the Honorable Dale A. Drozd, be continued to Friday,

4   March 19, 2021, at 9:30 a.m.

5

IT IS SO ORDERED.

6

7       Dated:  __**February 22, 2021**__        _____

8                                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28